IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON HENDRIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07 C 7284 |
| | ) | |
| UNKNOWN DEFENDANT OFFICERS, in their individual capacity; and the VILLAGE OF BARRINGTON, ILLINOIS, | ) ) ) | Judge Pallmeyer Magistrate Judge Keys |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2008, I mailed to the attorneys for the Plaintiff, JASON HENDRIX, at the address listed below, a true and correct copy of the Answer to the Complaint at Law and Affirmative Defenses on behalf of the Defendant, VILLAGE OF BARRINGTON, ILLINOIS. I further certify that I electronically filed this Certificate of Service and Answer to the Complaint at Law and Affirmative Defenses of the Defendant, VILLAGE OF BARRINGTON, ILLINOIS, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Electronic Case Filing System, which will send the Notice of Electronic Filing to the following:

Elliot S. Richardson
ELLIOT RICHARDSON & ASSOCIATES, LLC
20 S. Clark St.
Suite 500
Chicago, IL  60603
erichardson@rsbmlaw.com

Rachelle M. Sorg
ELLIOT RICHARDSON & ASSOCIATES, LLC
20 S. Clark St.
Suite 500
Chicago, IL  60603
rsorg@rsbmlaw.com

By:   /s/ Molly M. O'Reilly
Molly M. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Defendant,
Village of Barrington, Illinois
1751 S. Naperville Rd, #101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6207408
mollyoreillylaw@yahoo.com