IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON HENDRIX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNKNOWN DEFENDANT OFFICERS, in their )<br>individual capacity; and the VILLAGE OF )<br>BARRINGTON, ILLINOIS )<br>)<br>Defendants. ) | Case No. 07 cv 07284 |

___

### REPORT OF PARTIES' PLANNING MEETING

1. **Meeting.** Pursuant to FED. R. CIV. P. 26(f), the following attorneys of record conferred and prepared this report:

   Rachelle Sorg for Plaintiff; and

   Molly O'Reilly for Defendants.

2. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

   Plaintiff's Discovery:  The circumstances surrounding the Unknown Defendant Officers' actions and conduct with respect to Plaintiff; the circumstances surrounding Plaintiff's search and seizure on October 18, 2007; the knowledge of any witnesses in relation to the allegations of Plaintiff's Complaint; and the disciplinary history of all Defendant Officers.

   Defendants' Discovery:  The circumstances surrounding what actions the Plaintiff took the evening of October 18, 2007 and the reasons for his actions; the circumstances leading up to the Barrington Police officers arrival at the scene of the police dispatch; the knowledge of any witnesses to the alleged incidents in the Plaintiff's Complaint.

  b. Disclosures pursuant to FED. R. CIV. P. 26(a)(1) to be made by <u>April 17, 2008</u>.

  All discovery to be commenced in time to be completed by <u>September 15, 2008</u>.

  c. The parties expect they will need approximately (10) depositions.

  d. Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiffs by <u>July 16, 2008</u>
    from Defendants by <u>August 16, 2008</u>.

  e. Parties should be allowed until <u>May 16, 2008</u> to join additional parties and to amend the pleadings.

  f. All potentially dispositive motions should be filed by <u>October 12, 2008</u>.

  g. Final pretrial order: Plaintiff to prepare proposed draft by <u>December 1, 2008</u>; parties to file joint final pretrial order by <u>December 19, 2008</u>.

  h. The case should be ready for trial by <u>January 19, 2009</u>. We expect this trial to last approximately four (4) days.

3. **Settlement.** At least 14 days prior to the Rule 16(b) scheduling conference, Plaintiffs are directed to make a written settlement demand to the Defendants. At least 7 days prior to the scheduling conference defendant(s) is to respond in writing to the plaintiff's settlement demand.

4. **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.


Date: March 14, 2008


/s/ Rachelle M. Sorg_____      /s/ Molly O'Reilly_____
Attorney for Plaintiff          Attorney for Defendants