## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jason Hendrix
                                    Plaintiff,

v.                                                            Case No.: 1:07−cv−07284
                                                              Honorable Rebecca R. Pallmeyer

Unknown Defendant Officers, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Rebecca R. Pallmeyer:Discovery hearing held on 3/20/2008. Rule 26(a)(1) disclosures to be made by 4/17/2008. Plaintiff is given to and including 5/16/2008 to amend all pleadings, and to 5/16/2008 to add any additional parties. Defendant is given to and including 5/16/2008 to amend all pleadings, and to 5/16/2008 to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 7/16/2008. Defendant shall comply with FRCP(26)(a)(2) by 8/15/2008. Status hearing set for 5/15/2008 at 09:00 AM. Discovery ordered closed by 9/15/2008. Dispositive motions with supporting memoranda due by 10/14/2008. Plaintiff to prepare proposed PTO draft by 12/1/2008; Joint Final Pretrial Order due by 12/19/2008. Parties encouraged to pursue settlement efforts. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.