IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON HENDRIX, | ) | |
|    Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07 cv 07284 |
| OFFICER KEN SARNI, in his individual capacity; OFFICER JENNIFER WHITCHER, in her individual capacity; SERGEANT JIM YOST, in his individual capacity; and the VILLAGE OF BARRINGTON, ILLINOIS | ) ) ) ) ) ) ) | <u>JURY DEMAND</u> |
|    Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on May 16, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFFS' SECOND AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF.

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFFS' SECOND AMENDED COMPLAINT and NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

**Molly Maureen O'Reilly**     mollyoreillylaw@yahoo.com

**John Francis O'Reilly**     oreillylaw@msn.com

Blake Wolfe Horwitz    bhorwitz@hrbattorneys.com, lobh@att.net, npeters@erlaw.net, npeters@hrbattorneys.com, mpizarro@hrbattorneys.com

Respectfully Submitted,

Date: May 16, 2008

/s/ Rachelle M. Sorg
One of Plaintiff's Attorneys

HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark St., Suite 500
Chicago, IL  60603
P: (312) 676-2100
F: (312) 372-7076
ARDC No. 6287455