# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7284 | **DATE** | 5/15/2008 |
| **CASE TITLE** | Jason Hendrix vs. Unknown Defendant Officers, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/15/2008. Leave granted to file Amended Complaint to name individual officers by close of business 5/16/2008. Defendant to Answer within 21 days. Status hearing set for 7/29/2008 at 9:00.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|