### *United States District Court for the Northern District of Illinois*

Case Number:  07CV7284                    Assigned/Issued  By: DAJ

Judge Name:                               Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**
☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets      (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

3   Original and  3    copies on 06/03/08    as to JIM YOST,
                                  (Date)
JENNIFER WHITCHER, KEN SARNI _____

_____