IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON HENDRIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07 C 7284 |
| | ) | |
| OFFICER KEN SARNI, in his individual | ) | Judge Pallmeyer |
| capacity, et al., | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of June, 2008, I mailed to the attorneys for the Plaintiff, JASON HENDRIX, at the address listed below, a true and correct copy of the Defendants' Answer to the Second Amended Complaint at Law and Affirmative Defenses on behalf of the Defendants, OFFICER KEN SARNI, in his individual capacity, OFFICER JENNIFER WHITCHER, in her individual capacity, SERGEANT JIM YOST, in his individual capacity, and the VILLAGE OF BARRINGTON, ILLINOIS.  I further certify that I electronically filed this Certificate of Service and Answer to the Second Amended Complaint at Law and Affirmative Defenses of the above-referenced Defendants with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Electronic Case Filing System, which will send the Notice of Electronic Filing to the following:

        Elliot S. Richardson
        HORWITZ, RICHARDSON & BAKER, LLC
        20 S. Clark St.
        Suite 500
        Chicago, IL  60603
        erichardson@rsbmlaw.com

        Rachelle M. Sorg
        HORWITZ, RICHARDSON & BAKER, LLC
        20 S. Clark St.
        Suite 500
        Chicago, IL  60603
        rsorg@rsbmlaw.com

        By:   /s/ Molly M. O'Reilly
                Molly M. O'Reilly
                O'REILLY LAW OFFICES
                Attorneys for Defendants
                1751 S. Naperville Rd, #101
                Wheaton, IL  60187
                Telephone:  630/665-4444
                Attorney No. 6207408
                mollyoreillylaw@yahoo.com