AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON HENDRIX,<br><br>    Plaintiff,<br><br>OFFICER KEN SARNI, in his individual capacity; OFFICER JENNIFER WHITCHER, in her individual capacity; SERGEANT JIM YOST, in his individual capacity; and the VILLAGE OF BARRINGTON, ILLINOIS<br><br>    Defendants.<br><br>To: Officer Ken Sarni<br>C/o Village of Barrington<br>400 N. NorthwestHighway<br>Barrington, IL 60010 | No. 07 cv 07284<br><br>Judge Rebecca R. Pallmeyer<br>Magistrate Judge |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    HORWITZ, RICHARDSON & BAKER LLC
    20 S. Clark St. Suite 500
    Chicago, IL 60603
    Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____     _____
(By) Deputy Clerk                                           Date

Michael W. Dobbins, Clerk

_/s/_____

(By) DEPUTY CLERK



_____
June 3, 2008
Date

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/3/08 |
| NAME OF SERVER *(PRINT)* KEVIN McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Officer Ken Sarni
c/o Kelly Grillo — Village of Barrington
400 N. Northwest Highway
Barrington Illinois 60010

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/3/08
           Date

Signature of Server

Metro Service
4647 W 103rd St
Oak Lawn Illinois 60453
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.