AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON HENDRIX,<br><br>Plaintiff,<br><br>OFFICER KEN SARNI, in his individual capacity; OFFICER JENNIFER WHITCHER, in her individual capacity; SERGEANT JIM YOST, in his individual capacity; and the VILLAGE OF BARRINGTON, ILLINOIS<br><br>Defendants. | No. 07 cv 07284<br><br>Judge Rebecca R. Pallmeyer<br>Magistrate Judge |

To: Officer Jennifer Whitcher
C/o Village of Barrington
400 N. Northwest Highway
Barrington, IL 60010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> HORWITZ, RICHARDSON & BAKER LLC
> 20 S. Clark St. Suite 500
> Chicago, IL 60603
> Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          _____
(By) Deputy Clerk                                                       Date


Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

                                                                        **June 3, 2008**
                                                                        _____
                                                                        Date

07 CV 7284

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6/3/08 |
|---|---|
| NAME OF SERVER *(PRINT)* Kevin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): __OFFICER JENNIFER WHITCHER__

__C/O KELLY GRILLO - VILLAGE OF BARRINGTON__

__400 N. NORTHWEST HIGHWAY__

__BARRINGTON ILLINOIS 60010__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/9/08___
*Date*

_____
*Signature of Server*

METRO SERVICE
4647 W 103Rd ST
*Address of Server*

OAK LAWN ILLINOIS
60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.