IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON HENDRIX, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 07 cv 07284 ) |
| OFFICER KEN SARNI, in his individual capacity; OFFICER JENNIFER WHITCHER, in her individual capacity; SERGEANT JIM YOST, in his individual capacity; and the VILLAGE OF BARRINGTON, ILLINOIS | ) ) ) ) ) ) ) |
|     Defendants. | ) |

**MOTION TO WITHDRAW APPEARANCE**

NOW COMES the Plaintiff, JASON HENDRIX, by and through his attorneys, HORWITZ, RICHARDSON & BAKER, LLC, and requests that the law firm of record, HORWITZ, RICHARDSON & BAKER, LLC, and its individual attorneys of record, Elliot Richardson and Rachelle Sorg, be granted leave to withdraw from this matter, pursuant to Local Rule LR 83.17.

In support of said motion, the law firm states as follows:

1. The Plaintiff has brought claims against the Defendants arising out of an incident on or about October 18, 2007, in which Mr. Hendrix alleges he was unreasonably searched and seized by the Defendant officers.

2. Horwitz, Richardson & Baker, LLC ("HRB") was retained by the Plaintiff in this matter. HRB entered its appearance in this case on January 2, 2008.

3.      The Illinois Rules of Professional Conduct permit an attorney representing a client before a tribunal to withdraw from employment in the event the attorney-client relationship renders it unreasonably difficult for the attorney to carry out the employment effectively.

4.      The Illinois Rules of Professional Conduct permit an attorney representing client before a tribunal to withdraw from employment in the event said attorney can demonstrate good cause for said withdrawal.

5.      The Illinois Rules of Professional Conduct permit an attorney representing a client before a tribunal to withdraw from employment in the event the client consents to said withdrawal after disclosure.

6.  In this case, Ms. Sorg, Mr. informed the Plaintiff on July 21, 2008 that HRB would withdraw as counsel from this matter.

7.  The Plaintiff understands the reason that HRB seeks to withdraw from this matter and is actively attempting to retain counsel to replace said firm.

8.      Notice of this motion is being tendered, to the Plaintiff at his last known address via U. S. mail and certified mail.  This notice advises the Plaintiff that to insure notice of any action in this cause, he should retain other counsel or file with the clerk of the court, within 21 days after entry of the order of withdrawal, his supplementary appearance stating therein an address at which service of notices or other papers may be had upon him.

WHEREFORE, the law firm of HORWITZ, RICHARDSON & BAKER, LLC, respectfully requests this Honorable Court grant its motion and provide said firm, and its

attorneys, leave to withdraw their appearance as attorneys of record for the Plaintiff in this case.

                Respectfully Requested,

                <u>/s/ Rachelle M. Sorg</u>
                One of Plaintiff's Attorneys

Attorneys for the Plaintiff
HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 372-7075 Ph
(312) 372-7076 Fax
ARDC No. 6287455