**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JASON HENDRIX, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER KEN SARNI, in his individual capacity; )<br>OFFICER JENNIFER WHITCHER, in her individual )<br>capacity; SERGEANT JIM YOST, in his individual )<br>capacity; and the VILLAGE OF BARRINGTON, )<br>ILLINOIS )<br>   Defendants. ) | Case No. 07 cv 07284<br><br><u>JURY DEMAND</u> |

**NOTICE OF MOTION**

On July 28, 2008 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Pallmeyer at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

**CERTIFICATE OF SERVICE**

hereby certify that on July 23, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFFS' MOTION TO WITHDRAW

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

| | |
|---|---|
| Molly Maureen O'Reilly | mollyoreillylaw@yahoo.com |
| John Francis O'Reilly | oreillylaw@msn.com |
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@hrbattorneys.com |

Respectfully Submitted,


/s/ Rachelle M. Sorg_____
One of Plaintiff's Attorneys




HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark St., Suite 500
Chicago, IL  60603
P: (312) 676-2100
F: (312) 372-7076
ARDC No. 6287455