## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7284 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Jason Hendrix vs. Unknown Defendant Officers, et al | | |

**DOCKET ENTRY TEXT**

Motion to withdraw appearance [27] granted. The law firm of Horwitz, Richardson & Baker, LLC and it attorneys are granted leave to withdraw their appearance as attorneys of record for the Plaintiff. Status hearing set for 7/29/2008 is stricken and reset to 8/28/2008 at 9:00. Plaintiff is directed to appear through counsel or in person; failure to appear will result in dismissal.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|