# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7284 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Jason Hendrix vs. Unknown Defendant Officers, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/28/2008. Case dismissed for failure to appear. Plaintiff will have to seek reinstatement within 30 days, but any request for reinstatement must be accompanied by an explanation on Plaintiff's failures to appear. Civil case terminated.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|